UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| EDWARD FORD | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Action No.: 3-13-cv-551-H |
| v. | ) |
| | ) |
| LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL GROUP LIFE DISABILITY CLAIMS | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1441, Defendants Liberty Mutual Insurance Company and Liberty Mutual Group Life Disability Claims (collectively "Defendants"), by counsel, hereby remove the above-captioned action, Civil Action 13-CI-002247, commenced in the Jefferson Circuit Court in Louisville, Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division. In support of removal, Defendants state as follows:

1. Plaintiff Edward Ford filed an action against Defendants in the Jefferson Circuit Court, Jefferson County, Kentucky, by filing a Summons and Complaint on or about April 30, 2013. True copies of all process, pleadings and orders served upon Defendant in said action are attached as Exhibit A hereto in accordance with 28 U.S.C. § 1446(b).

2. The Summons and Complaint were served on Defendants on May 13, 2013. Therefore, this removal is timely pursuant to 28 U.S.C. §1446(b), having been made and filed

within thirty (30) days of Defendants' receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

3. The Jefferson Circuit Court is located within the Western District of Kentucky, Louisville Division.

4. Plaintiff's action against Defendants is one over which the Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1331, in that it arises under the laws of the United States. As such, this action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

5. In the Complaint, Plaintiff asserts that he brings his action under the Employee Retirement Income Security Act of 1974 ("ERISA") to recover *inter alia* long-term disability benefits allegedly due to him under a group long-term disability policy between his employer and Defendants. The policy is an employee welfare benefit plan governed by ERISA, 29 U.S.C. §§ 1001 *et seq*. ERISA preempts state common law and statutory claims and provides exclusive federal remedies for resolution of claims relating to plan benefits by plan participants and beneficiaries. 29 U.S.C. §§ 1132, 1144. ERISA also provides for original jurisdiction in the district courts of the United States pursuant to 29 U.S.C. §1132(e) and (f).

6. Plaintiff's action against Defendants is one over which the Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1331, in that it arises under the laws of the United States. As such, this action is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441.

PLEASE TAKE FURTHER NOTICE that Defendants, upon filing this Notice of Removal with the Clerk of the United States District Court for the Western District of Kentucky, Louisville Division, has also filed copies of this Notice with the Clerk of Jefferson Circuit Court

to effect removal of this action to the United States District Court pursuant to 28 U.S.C. § 1446(d).

Therefore, Defendants Liberty Mutual Insurance Company and Liberty Mutual Group Market Disability Claims respectfully remove to this Court Plaintiff's action now pending in the Jefferson Circuit Court, Jefferson County, Kentucky.

Respectfully submitted,

/s/ Susan C. Lonowski
Susan C. Lonowski
slonowski@fbtlaw.com
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400
(502) 581-1087 (facsimile)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2013, I electronically filed the foregoing Notice of Removal with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Susan C. Lonowski (slonowski@fbtlaw.com) and Robert A. Florio (raflorioatty@hotmail.com).

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:  N/A.

/s/ Susan C. Lonowski
*Attorney for Defendants*

LOULibrary 0000T69.0606657   1479262v1