UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| EDWARD FORD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY and LIBERTY MUTUAL )<br>GROUP MARKET DISABILITY CLAIMS )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 3:13-cv-00551-JGH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Edward Ford, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby tenders this Stipulation of Dismissal, signed by counsel for all Parties appearing in the action, dismissing Plaintiff's claims against Defendants Liberty Mutual Insurance Company and Liberty Mutual Group Market Disability Claims, in their entirety, with prejudice, with each Party to bear its own costs and fees.

Plaintiff's claims against Defendant Liberty Life Assurance Company of Boston, which has been substituted as the named Defendant in this case, remain pending.

Respectfully submitted,

/s/ Robert A. Florio [with permission]
Robert A. Florio
raflorioatty@hotmail.com
1500 Story Ave.
Louisville, KY 40206
(502) 587-0228
*Counsel for Plaintiff Edward Ford*

1

--and --

/s/ Susan C. Lonowski
Susan C. Lonowski
slonowski@fbtlaw.com
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400
(502) 581-1087 (facsimile)
*Counsel for Defendants*

LOULibrary 0000T69.0606657   1480276v1

2