UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| EDWARD FORD )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY *et al.* )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No.: 3:13-cv-00551-JGH |

**<u>AGREED ORDER</u>**

By agreement of the Parties, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant Liberty Life Assurance Company of Boston, has up to and including August 1, 2013 in which to answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this \_\_\_ day of _____, 2013.

Respectfully submitted:

/s/ Susan C. Lonowski
Susan C. Lonowski
slonowski@fbtlaw.com
Frost Brown Todd, LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 568-0299
(502) 581-1087 (facsimile)
*Counsel for Defendant Liberty Life Assurance Company of Boston*

-- and –

/s/ Robert A. Florio [with permission]
Robert A. Florio
raflorioatty@hotmail.com
1500 Story Ave.
Louisville, KY 40206
(502) 587-0228
*Counsel for Plaintiff Edward Ford*

LOULibrary 0000T69.0606657   1492924v1